File Hashes for IP Address 69.112.184.27

**ISP:** Optimum Online
**Physical Location:** Mahwah, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/30/2014 21:07:49 | A632A578F7401E1A9A7AE25DC66DC266C23FBFEE | Blindfold Me Baby |
| 05/14/2014 02:30:14 | 7476A27C412142B3B4F7488774E082B016CB548A | A Thought of You Part 2 |
| 05/11/2014 21:47:40 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 05/09/2014 22:26:40 | 0A05FD57476DB076D85453C9C23FEF5794899100 | Perfect Timing |
| 05/04/2014 13:01:41 | 6D10DF53C0CFD0D76547DBDA6A4D8A983F94EB08 | Brazilian Love Affair |
| 05/02/2014 00:31:15 | 5FD72C74287630FC37D0C486517696DD1548598B | In My Living Room |
| 04/27/2014 19:36:43 | B6EDA8B2257BBD5613187696D1DECA9E3E3450F9 | Tantric Massage |
| 04/27/2014 18:56:40 | EEF9DBC1BD41E3494DD50B19EAAECDABB436EAFB | Surprise Surprise |
| 04/22/2014 02:12:26 | 22125D8DEDBEA36229A7E9874F9A76F396FEBC81 | Come To Me Now |
| 04/20/2014 15:20:22 | 5A83CED0A5965882ADB4608C375885F84FFAE462 | Double Tease |
| 04/13/2014 12:28:25 | 65E7A48144F70A63BAD3F1BE1DB3AB2AB525C621 | Catching Up |
| 04/13/2014 12:26:21 | 30271E7AE4205BC89B566009CB603A591929761C | Rendezvous |
| 04/04/2014 00:24:17 | 19D8BE7E6ADB57556EE8FB3302A13C69D528D1AC | Lonesome Without You |
| 04/01/2014 23:02:54 | CA1B7C1DAC0BF787E543B9DEE4AB93F06D36102B | Russian Connection |
| 03/29/2014 12:19:15 | AD3F53027CB90D4B3D4E1A6D35C2A3FDC210830C | My Days in Rome |
| 03/23/2014 12:42:18 | 997A103936E73235F23CE79D7495184A9E37926A | Sweet Surrender |
| 03/23/2014 12:30:58 | 44D8953D4B54DD3218C392411F0D488BC838F9EA | Deep Blue Passion |
| 03/20/2014 01:58:54 | FA08E3AC90584CAFB74CD2224EE605992C36104E | Insanely Gorgeous |
| 03/15/2014 11:30:35 | D0C370A2CE5A1D80F4D913E2214E997EB801D658 | All Oiled Up |
| 03/08/2014 13:33:56 | FB20DA24DE2369055357F5B2AD662149519A3E39 | Making Music |
| 03/06/2014 01:56:33 | B5B43E4DB872B1542BE930D603EE869ECBF0AE6D | Trophy Wife |
| 03/03/2014 01:59:12 | 360103097682162BED6E1AF48A07B84BD0E5B7C6 | I Am In the Mood |

EXHIBIT A

CNJ83

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/03/2014 01:57:49 | 1DDAD1A7BE3BA74A1EF1E43F91098182773A237B | Morning Meditation |
| 02/09/2014 15:16:58 | 6660A99B1A6F10B61422A12BB291E574E8B88DF0 | Pretty Little Belle |
| 02/08/2014 00:59:11 | EA6D5FCBB71047923139D455FAD0452434F44905 | Submissive Seduction |
| 02/05/2014 01:09:37 | 4EAF12772FE00F106FD91610E5325F1BFF87C75A | Three Way is the Best Way |
| 01/29/2014 01:03:44 | 5320BFD3FB93A574ACF86561A72115E9AD79320C | I Can Not Wait |
| 01/25/2014 01:46:02 | 30142D142231B1F2C1F9A593FAE94A06397C794D | They Only Look Innocent |
| 01/23/2014 02:10:24 | C0624BD9EEFC377EE4EDEB51362EC52876ACFA2B | Get Wild at Home |
| 01/19/2014 00:21:03 | 44157A57E175E2BBF0290513B7355E4617CB4BBB | Season of Love |
| 01/12/2014 19:19:42 | C4C01C14C69576A79968B2F922836AD3814B7644 | Playing Dress Up |
| 01/11/2014 02:54:40 | F97675DF7D2A5F03E84DB6AE26C335C2963E363F | Getting Ready For You |
| 01/09/2014 00:53:47 | 57C96F715FF873727F249D5D9124A9883FEC287D | The Way I Feel |
| 01/08/2014 00:36:41 | 8E13B1D31DA1BAF795D7DB2A31ABDB02F70B745A | In for the Night |
| 01/01/2014 15:17:29 | BD97F008139519F25153E466EA5A05BCC066EA65 | And Then There Was You |
| 12/29/2013 13:40:41 | BA6F7049F5D9291359EB8DC20732498C8697CAC3 | Photo Finish |
| 12/24/2013 14:53:20 | 1C0C390B60CD75F8F6D5F5BFA0E3DEACE7D63BD7 | Apertif Our Style |
| 12/22/2013 14:48:31 | A1BC8FA63BBCF0D75C1FC40391DF90BB12AA49AE | No Turning Back Part #1 |
| 12/20/2013 12:07:58 | 36E350AC2A4B2CEEBF3939C8A5154EB2F4EB0A7D | Fantasy Come True |
| 12/17/2013 14:31:49 | 5A16516AACF2D0D144FE0E0B50FBEC9C8F44BFF5 | Model Couple on Vacation |
| 12/14/2013 12:31:24 | DDFA609D8C015E81C098CC6EE83BE696E0145B58 | Love at First Sight |
| 12/06/2013 01:54:23 | 63F6690982249BA9B11FF0EFC6679C75B0E1433D | Ready for Love |
| 12/01/2013 13:47:51 | 701F5715839041140053ECE9BAFF03A982205F70 | So Right Its Wrong |
| 11/27/2013 21:01:07 | ADF96EE41C21BA929B9587BA47E102014FB0CAF6 | I Want to Tell You |
| 11/21/2013 01:40:18 | D5870D4CA6BE07B2CAB96B895FD5A99FC6D08C2C | LA Plans |
| 11/15/2013 14:05:40 | 11B4F247149DEBAFF8A7C414A17BDCCF6FD9D7F3 | Double Daydreams |
| 11/06/2013 00:56:42 | F84E7BD9064DC07A14CFD0658A4F3600C3C656E1 | Blindfold Me Part #2 |

EXHIBIT A

CNJ83

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/05/2013 23:31:21 | 352E7BD31E4AD69F11A528D788BFCAA8380C50C7 | Blindfold Me and Tie Me Up |
| 10/30/2013 02:58:11 | 45DC4C75A52E734324368B98FFA827362758CBB5 | My Naughty Girl |
| 10/24/2013 02:33:09 | C82F20394FAAFC5199712AF95D0E988552F2EC4B | Bohemian Rhapsody |
| 10/20/2013 19:24:41 | 0D4CC10EB0A5256C1AF66C1794092DC259361E53 | All Tied Up |
| 10/17/2013 02:38:41 | B83B2B451FFF165795F5E6EF18292168282C6359 | Grow Up With Me |
| 10/15/2013 22:33:31 | D2E938852E590925790925F336BAAB8398749D2E | Unveiling Part #2 |
| 10/12/2013 01:47:50 | 2C8A7466BC29E20CE3A85A781576E5B964E7E54C | They Meet Again |
| 10/07/2013 23:43:34 | 1D69B6FCF94F144E6FA519F4A0944C6386483036 | The Journey |
| 10/04/2013 04:06:28 | 2E0D4EC8052DAA181237CD079C030CC488091DCB | Hot Brunettes |
| 09/28/2013 00:34:33 | 647C36CAC525B56AA5E0A765A2452D82DE691777 | Almost Famous |
| 09/25/2013 23:40:51 | FF9818521B60A506E71A0E80C349DA67DE8DFDCB | Love with a View |
| 09/24/2013 00:27:13 | 17F7B3776E2FA3911C2B601D54F532B85D582D5D | Come from behind |
| 09/23/2013 23:41:29 | 10BC7EA7CF6066C9D04903BD4B0AAD69E2AAF834 | First and Forever |
| 09/20/2013 00:57:39 | 585115E91F21C66775F5A0D987A50899AE74F5D7 | Unveiling Part #1 |
| 09/18/2013 11:55:40 | F693CDE52B50004C08C8656CAC4FA70832CE69D6 | Let Me Take Your Picture |

**Total Statutory Claims Against Defendant: 62**

EXHIBIT A

CNJ83